## IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Wright, Shymaine

Printed:  6/3/08

Case Number:  05 B 04427
Judge:  Goldgar, A. Benjamin
Filed:  2/10/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:        Completed:  May 9, 2008
Confirmed:  May 10, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 15,066.18 |  |
| Secured: |  | 3,175.53 |
| Unsecured: |  | 9,171.99 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,694.00 |
| Trustee Fee: |  | 758.17 |
| Other Funds: |  | 266.49 |
| Totals: | 15,066.18 | 15,066.18 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Veronica D Joyner | Administrative | 1,694.00 | 1,694.00 |
| 2. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 4. | Citi Residential Lending Inc | Secured | 7,067.65 | 2,687.53 |
| 5. | City Of Chicago | Secured | 488.00 | 488.00 |
| 6. | Commonwealth Edison | Unsecured | 679.51 | 679.51 |
| 7. | TCF Bank | Unsecured | 981.84 | 0.00 |
| 8. | Peoples Energy Corp | Unsecured | 1,519.59 | 1,519.59 |
| 9. | SBC | Unsecured | 1,646.48 | 1,646.48 |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | 5,310.81 | 5,310.81 |
| 11. | City Of Chicago | Unsecured | 15.60 | 15.60 |
| 12. | Ameritech | Unsecured |  | No Claim Filed |
| 13. | Home Depot | Unsecured |  | No Claim Filed |
| 14. | U Haul | Unsecured |  | No Claim Filed |
| 15. | Comcast | Unsecured |  | No Claim Filed |
| 16. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 17. | Sprint | Unsecured |  | No Claim Filed |
| 18. | Safeguard Business Systems | Unsecured |  | No Claim Filed |
| 19. | Providian | Unsecured |  | No Claim Filed |
| 20. | Ameritech | Unsecured |  | No Claim Filed |
|  |  |  | $ 19,403.48 | $ 14,041.52 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 40.18 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Wright, Shymaine

Printed:  6/3/08

Case Number:  05 B 04427

Judge:  Goldgar, A. Benjamin

Filed:  2/10/05

|  |  |
|---|---|
| 5.5% | 155.69 |
| 5% | 31.20 |
| 4.8% | 73.78 |
| 5.4% | 457.22 |
| 6.5% | 0.10 |
|  | _____ |
|  | $ 758.17 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

